IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PATRICK O'BRIEN, MARILYN O'BRIEN, CATHERINE L. O'BRIEN, RACHEL O'BRIEN, and AMY E. O'BRIEN, | ) ) ) ) | No.: 8:09-cv-0040 |
| Plaintiffs, | ) ) ) | |
| vs. | ) ) | |
| THE CESSNA AIRCRAFT COMPANY, THE GOODRICH AEROSPACE COMPANY, SUBURBAN AIR SERVICES, INC., PRATT & WHITNEY CANADA CORP., f/k/a Pratt & Whitney Canada, Inc., and TEXTRON, INC., | ) ) ) ) ) ) ) ) | **CESSNA'S CORPORATE DISCLOSURE STATEMENT** |
| Defendants. | ) | |

Pursuant to Federal Rule of Civil Procedure 7.1 and *GMAC Commercial Credit LLC v. Dillard Department Stores, Inc.*, 357 F.3d 827, 828 (8th Cir. 2004), Defendant Cessna Aircraft Company makes the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, affiliates, and similar entities, as well as unincorporated associations or similar entities.

☐   This party is an individual.

☐   This party is a publicly held corporation or other publicly held entity.

☒   This party has parent corporations

      If yes, identify all parent corporations, including grandparent and great-grandparent corporations:

      A.   Cessna is a wholly owned subsidiary of Textron Inc.

      B.   Textron Inc. is a publicly held Delaware corporation.

☐   Ten percent or more of the stock of a party is owned by a publicly held corporation or other publicly held entity.

      If yes, identify all such owners:

☒   Another publicly held corporation or another publicly held entity has a direct financial interest in the outcome of the litigation.

    If yes, identify all corporations or entities and the nature of their interest:

    Textron Inc. is a publicly-held Delaware corporation.  See response above.

☐   This party is a limited liability company or limited liability partnership.

    If yes, identify each member of the entity and the member's state of citizenship:

☐   This party is an unincorporated association or entity.

    If yes, identify the members of the entity and their states of citizenship:

Dated this 30th day of January, 2009.

                      THE CESSNA AIRCRAFT COMPANY,
                      Defendant


                By:   */s/Bryan S. Hatch*
                    Bryan S. Hatch, #21009
          of   STINSON MORRISON HECKER LLP
                  1299 Farnam Street, Suite 1501
                  Omaha, NE  68102
                  Phone:  (402) 342-1700
                  Facsimile:  (402) 930-1701
                  bhatch@stinson.com

                  AND

                  John C. Nettels, Jr.
                  Heather S. Woodson
         of   STINSON MORRISON HECKER LLP
                  10975 Benson, Suite 550
                  12 Corporate Woods
                  Overland Park, KS  66210
                  Telephone:  (913) 451-8600
                  Facsimile:  (913) 451-6352
                  jnettels@stinson.com
                  hwoodson@stinson.com

        AND

        Don G. Rushing
        Morrison & Foerster LLP
        12531 High Bluff Drive, Suite 100
        San Diego, CA  92130-2040
        Telephone:  (858) 720-5100
        Facsimile:  (858) 720-5125
        Drushing@mofo.com

        Attorneys for Defendant Cessna Aircraft Company

## **CERTIFICATE OF SERVICE**

  This is to certify that a true and correct copy of the foregoing document was duly served on the Court's CM/ECF system this 30th day of January, 2009, which sent notice to all recipients.


        ___/s/Bryan S. Hatch_____
        Bryan S. Hatch, #21009