# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PATRICK O'BRIEN, et. al,  )  )  Plaintiff,  )  )  vs.  )  )  CESSNA AIRCRAFT COMPANY, et. al,  )  )  Defendant.  ) | 8:09CV040  ORDER |

This matter is before the court on the Conditional Remand Order of the United States Judicial Panel on Multidistrict Litigation (JPMDL) (Filing No. 79). Following a telephone conference with counsel on April 27, 2010,

**IT IS ORDERED:**

1. On or before **May 7, 2010**, plaintiffs shall file a reinstatement of the motion to remand previously filed in this district and supplement any legal authority previously filed.

2. Defendants shall respond to plaintiffs' filing on or before **May 14, 2010.**

3. In accordance with Rule 7.6(g) of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, the parties shall forthwith stipulate or designate all necessary pleadings on the matter filed to enable the Clerk for the District of Kansas to comply with the order of remand.

DATED this 28th day of April, 2010.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge