IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN RE: CESSNA 208 SERIES AIRCRAFT ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> (This Document Relates to All Cases) ) <br> ) <br> _____) | **MDL No: 1721** <br><br> **Case No: 05-md-1721-KHV-DJW** |

## ORDER

On July 10, 2006, the Court conducted a status conference in this case. Plaintiffs appeared through counsel, Jerome L. Skinner, Orla M. Brady, Michael L. Slack, Donna J. Bowen, and Robert R. Bodoin. Defendant Cessna Aircraft Company appeared through liaison counsel, John C. Nettels, Jr. and Heather S. Woodson. Defendant Goodrich Corporation appeared through liaison counsel, Craig L. Meadows and Paul E. Moran, and in-house counsel, Robert Scofield. The United States of America appeared through counsel, Jill Rosa. This Order memorializes and supplements the Court's rulings at the status conference:

(1) The Scheduling Order deadline for Plaintiffs to submit a good faith proposal to settle the case is extended to **August 3, 2006**.

(2) The deadline for Defendants to make a good faith response to Plaintiffs' proposal, either accepting the proposal or submitting their own good faith proposal to settle the case, is extended to **August 17, 2006**.

(3) The deadline for the parties to submit independently, by way of e-mail or letter (preferably the former), addressed to the magistrate judge (but not the district judge), a confidential settlement report is extended to **August 25, 2006**.

(4) By **August 14, 2006**, the parties shall file written briefing in support of their respective proposals on what expert issues should be subject to disclosure in this MDL action. Responses shall be filed no later than **August 24, 2006**.

(5) A status conference is scheduled for **November 13, 2006 at 2:00 p.m.** in the 6th floor conference room #659 at 500 State Avenue, Kansas City, Kansas. All counsel appearing by telephone should e-mail chambers at KSD_Waxse_Chambers@ksd.uscourts.gov by November 8, 2006 with the telephone number where they can be reached for the status conference.

(6) After consultation with District Judge Vratil regarding the *Fry* Plaintiffs' pending Motion to Remand (doc. 38), the parties are advised that the motion may not be ruled upon within thirty days. Therefore, all parties presently in this action are required to comply with all Scheduling Order deadlines, including those modified above.

(7) All other Scheduling Order deadlines remain as set forth in the March 10, 2006 Scheduling Order (doc. 15).

IT IS SO ORDERED.

Dated in Kansas City, Kansas on this 11th day of July, 2006.

          s/ David J. Waxse
          David J. Waxse
          United States Magistrate Judge

cc:   All counsel