## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

IN RE: CESSNA 208 SERIES AIRCRAFT
PRODUCTS LIABILITY LITIGATION           MDL NO. 1721

                                         Case No.: 05-md-1721-KHV

(This Document Relates to All Cases)

### STIPULATED ORDER AS TO USE OF
### DEPOSITIONS FROM OTHER CASES

WHEREAS, counsel for plaintiffs in the actions in this MDL have previously deposed a number of witnesses who are employees of defendant Cessna Aircraft Company ("Cessna") in other cases;

WHEREAS those cases include *Cox v. Cessna Aircraft Company, et al.*, Case No. CV-04-525019 (Court of Common Pleas, Cuyahoga County, Ohio); *O'Neill v. Cessna Aircraft Company, et al.*, Case No. CV-03-974 (Circuit Court of Jefferson County, Alabama) and *Fry, et al. v. Cessna Aircraft Company, et al.*, Case No. 67-199130-03 (District Court, Tarrant County, Texas) (collectively, the "Designated Cases"); and

WHEREAS the plaintiffs and defendant Cessna desire to conserve resources and time by eliminating the need for repeating depositions already taken;

UPON STIPULATION OF PLAINTIFFS AND DEFENDANT CESSNA,

IT IS HEREBY ORDERED that:

(1) plaintiffs may use the depositions taken of Cessna employees in the Designated Cases as if taken in this action;

(2) plaintiffs will not be permitted to re-depose those Cessna employees already deposed in the Designated Cases, except on matters which have arisen since the dates of their depositions in the Designated Cases;

1

(3) Cessna has not waived any objections to the questions asked at the depositions in the Designated Cases, whether as to form or otherwise, and Cessna may raise any objections to the admissibility of the testimony in the depositions at the trials of the actions in this MDL; and

(4) this Stipulated Order does not limit Cessna's ability to call witnesses at trial, whether or not a witness was previously deposed.

IT IS SO ORDERED.

Dated in Kansas City, Kansas on this 23rd day of January, 2007.

<u>s/ David J. Waxse</u>
David J. Waxse United States
Magistrate Judge

2

Stipulated and agreed by:

NOLAN LAW GROUP


By     /s Jerome L. Skinner
Jerome L. Skinner 3074
Madison Road
Cincinnati, OH 45209
Tel: (513) 721-1350
jls@nolan-law.com

Orla M. Brady
20 North Clark Street 30th
Floor
Chicago, IL 60602 Tel:
(312) 630-4000
omb@nolan-law.com

*LIAISON COUNSEL FOR PLAINTIFFS, INGRAM, EMMONS, MORRIS, FLECK AND VILLANUEVA*


BODOIN & AGNEW


  By  s/ Robert Bodoin
    Robert Bodoin
    Thomas A. Fuller
801 Cherry Street, Suite 3450 Ft.
Worth, Texas 76102 Tel: (817)
377-1654
tommy@bodoinlaw.com

*ATTORNEYS FOR
INTERVENOR PLAINTIFF
AMY SILVEY*

3

MILLER & ASSOCIATES


By   s/ Timothy E. Miller
Timothy E. Miller
Stuart W. Smith
5005 SW Meadows Road, Suite 405
Lake Oswego, OR 97035 Tel: (503)
598-1966

*ATTORNEYS FOR PLAINTIFF MOUNTAIN BIRD INC.*


STINSON MORRISON HECKER LLP


By       s/ Heather S. Woodson
John C. Nettels, Jr.
Heather S. Woodson  12 Corporate Woods
10975 Benson, Suite 550 Overland
Park, KS 66210-2008 Tel: (913)
451-8600
jnettels@stinsonmoheck.com
hwoodson@stinsonmoheck.com

*LIAISON COUNSEL FOR CESSNA*


HAWLEY TROXELL ENNIS & HAWLEY, LLP


  By   s/ Craig L. Meadows
 Craig L. Meadows Jason D.
 Scott P.O. Box 1617 Boise,
        ID  83701

*LIAISON COUNSEL FOR DEFENDANT GOODRICH*

SMITH & MOORE


  By   s/ Charles H. Smith

4

Charles H. Smith Bryan
S. David 3030 Lincoln
Plaza
500 N. Akard, Suite 4242
Dallas, TX 75201

*ATTORNEYS FOR FLIGHTSAFETY INTERNATIONAL, INC.*
*KERN & WOOLEY*


By      s/ Don Swaim
Don Swaim
5215 N. O'Connor Blvd., Suite 1700
Irving, TX 75039

*ATTORNEYS FOR DEFENDANT*
*BROWN COUNTY FINANCIAL SERVICES, LLC*