# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN RE: CESSNA 208 SERIES AIRCRAFT ) <br> PRODUCTS LIABILITY LITIGATION ) <br> ) <br> This Document Relates Only To ) <br> <u>O'Brien et al. v. Cessna Aircraft Company, et al.</u>, ) <br> D. Kan. No. 09-2352-KHV ) <br> ) <br> _____ ) | MDL No. 1721 <br><br> Case No. 05-md-1721-KHV |

## SUGGESTION OF REMAND

Plaintiffs have filed suit against Cessna Aircraft Company, Goodrich Corporation, Suburban Air Services, Inc., Pratt & Whitney Canada Corporation and Textron, Inc. seeking damages for personal injuries and wrongful death arising from an air disaster involving the Cessna 208 Series aircraft. The Court recently noted that common issue discovery is complete and that these multidistrict proceedings largely have served their purpose. For reasons stated in the Court's <u>Order</u> (Doc. #940), remand is appropriate to the District of Nebraska so that that court can conduct appropriate proceedings to conclude this case. <u>See</u> MDL Panel Order Vacating Conditional Transfer Order filed December 7, 2009 in <u>Friedman v. Castle Aviation</u>, S.D. Ohio No. 2:09-749 at 1 (suggesting that consolidated proceedings in this MDL have accomplished essentially all of the primary objectives of centralization under 28 U.S.C. § 1407).

The Clerk is directed to forward a copy of this Suggestion of Remand to the Judicial Panel for Multidistrict Litigation. Pursuant to 28 U.S.C. § 1407, the Court recommends that the Judicial Panel on Multidistrict Litigation remand to the United States District Court for the District of Nebraska the case of <u>O'Brien, et al. v. Cessna Aircraft Company, et al.</u>, D. Kan. No. 09-2352-KHV, D. Neb. No. 09-0040-JFB-TDT.

Dated this 9th day of February, 2010 at Kansas City, Kansas.

                                        s/ Kathryn H. Vratil
                                        KATHRYN H. VRATIL
                                        United States District Judge